STATE OF NORTH CAROLINA v. ELIZABETH PAIGE McMAHAN

No. 657PA05

(Filed 29 June 2007)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 174 N.C. App. 586, 621 S.E.2d 319 (2005), vacating probation revocation judgments entered 6 August 2004 by Judge Susan C. Taylor in Superior Court, Cabarrus County, thereby activating sentences imposed in judgments entered 8 August 2003 by Judge Howard R. Greeson, Jr. in Superior Court, Guilford County following defendant's plea of guilty to twenty-eight counts of embezzlement, and remanding for a new sentencing hearing. Heard in the Supreme Court 9 May 2007.

*Roy Cooper, Attorney General, by Amy C. Kunstling, Assistant Attorney General, and Robert C. Montgomery, Special Deputy Attorney General, for the State-appellant.*

*Staples S. Hughes, Appellate Defender, by Matthew D. Wunsche, Assistant Appellate Defender, for defendant-appellee.*

**STATE v. HERNANDEZ-MADRID**

[361 N.C. 421 (2007)]

PER CURIAM.

For the reasons stated in *State v. Holmes*, 361 N.C. 410, ——
S.E.2d —— (2007) (No. 283PA06), the decision of the Court of Appeals
is reversed.

REVERSED.